U. S. DISTRICT COURT
N. D. OF N. Y.
FILED

JUL - 7 2005

AT_____O'CLOCK____M
LAWRENCE K. BAERMAN, Clerk
UTICA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

************************************

UNITED STATES OF AMERICA

v.

ALFRED NADEAU,

              Defendant.

Criminal Action No.
04-CR-288 (DNH)

************************************

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Northern District of New York hereby dismisses Information No. 04-CR-288 against Alfred Nadeau, the defendant.

The reason(s) for this dismissal are (check one or more):

    ___ Case transferred to another District

    ___ Speedy Trial Act

    ___ Defendant's cooperation

    ___ Insufficient evidence at this time

    _X_ Other: Defendant will plead guilty to Indictment #04-CR-599

With respect to this dismissal, defendant (check one):

✓ Consents

___ Objects

___ Has not been consulted

This dismissal is without prejudice.

                GLENN T. SUDDABY
                United States Attorney

By:   Thomas A. Capezza
      Assistant U.S. Attorney
      Bar Roll No. 503159

Leave of court is granted for the filing of the foregoing dismissal.

Dated:  July 7, 2005
         Utica, New York

                              Hon. David N. Hurd
                              United States District Court Judge